NOT FOR PUBLICATION

**FILED**

UNITED STATES COURT OF APPEALS

OCT 25 2021

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ANA DORIS ARIAS-VASQUEZ, ET AL., | No. 20-70809 |
| Petitioners, | Agency Nos. A201-708-513 |
| v. | A201-708-514 |
| | A201-708-515 |
| MERRICK B. GARLAND, Attorney General, | A201-708-516 |
| Respondent. | MEMORANDUM* |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted October 21, 2021**
San Francisco, California

Before:  WALLACE, BEA, and MURGUIA, Circuit Judges.

Lead petitioner Ana Doris Arias-Vasquez and her family (collectively, Arias-Vasquez), natives and citizens of Guatemala, petition for review of the Board of Immigration Appeals' (the Board) order summarily dismissing as untimely their appeal from an Immigration Judge's removal order.  We have jurisdiction under 8

---

\* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

\*\* The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

U.S.C. § 1252.  We deny the petition for review.

The Board properly dismissed Arias-Vasquez's appeal as untimely because the record reflects that the Board received Arias-Vasquez's notice of appeal almost three months after the appeal deadline and Arias-Vasquez did not provide any explanation for the late filing.  *See* 8 C.F.R. §§ 1003.1(d)(2)(i)(G), 1003.38(b)–(c).

The petition for review is **DENIED**.